UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-21583 |
| Kamar Lena Tolliver-Beaco | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Kalpesh Shah to Modify the Automatic Stay, due notice having been served on the parties in interest, and the Court having jurisdiction and being fully advised on the premises,

IT IS HEREBY ORDERED THAT:

The automatic stay of 11 U.S.C. section 362 is annulled so as to not restrain Kalpesh Shah from pursuing non-bankruptcy remedies with respect to the property commonly described as 3347 Fox Hill Road, Aurora, IL 60504.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  August 17, 2018

**Prepared by:**

Derrick B. Hager 6286310
Derrick B. Hager, P.C.
245 W. Roosevelt Rd., Bldg. 15 - Suite 119
West Chicago, IL 60185
630-587-7490